THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GORDON COOKE and WINSTON A. SEALY, Appellants.

Submitted May 17, 1943; decided May 27, 1943.

*Oliver D. Williams, Philip J. Jones* and *Ben Shorr* for motion.

*Walter R. Hart* opposed.

*Per Curiam.* The trial court had power to make a new assignment of counsel after sentence, but before notice of appeal was filed. (*People* v. *Price,* 262 N. Y. 410.) The motion made by the original counsel to be assigned by this court to prosecute the appeal is denied, but without prejudice to a motion by the defendant for good cause for a change of assigned counsel.

Motion denied, etc.